UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REBECCA BRAWNER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| ROBERT A. CHISMAR, WERNER ENTERPRISES and ACE AMERICAN INSURANCE COMPANY | * * * | SECTION " " |

\* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION**

This Notice of Removal of Defendants, Werner Enterprises, Inc. of Nebraska and Ace American Insurance Company, respectfully represent:

1.

On August 18, 2010, a petition was filed by Rebecca Brawner in the 40th Judicial District Court for the Parish of St. John the Baptist bearing the Docket No. 60271, Div. A and entitled, *Rebecca Brawner versus Robert A. Chismar, Werner Enterprises and Ace American Insurance Company*, as shown by a copy of the state court record, attached hereto as Exhibit "A."

2.

This is a civil action arises out of an accident which took place on or about September 30, 2009 in St. John the Baptist Parish, Louisiana. Plaintiff, Rebecca Brawner,

alleges that she was involved in a motor vehicle collision on Highway 51 near its intersection with I-10 with Robert A. Chismar. It is alleged that Robert A. Chismar was operating a 2006 Freight Line 18-wheeler owned by Werner Enterprises, Inc. It is also alleged that defendant, Ace American Insurance Company, issued a policy of liability insurance to the defendant, Robert A. Chismar. Plaintiff, Rebecca Brawner, alleges she suffered multiple injuries, including neck pain, pain radiating into her shoulders, trapezius muscle spasms, left arm pain and stiffness; cervical muscle spasms, headaches, mid-to-lower back pain, and radiating pain into her left leg. Additionally, it is alleged that Rebecca Brawner has suffered with prominent posterior herniation of the L4-5 disc with subligamentous extrusion of the disc material, a broad-based subligamentous herniation of the L3-4 disc, with a tear, retrolisthesis of L5 on L5 and L3-4 discs, L4-5 central canal stenosis and lumbar muscle spasm. Cervical epidural steroid injections and cervical facet blocks have been recommended by Dr. Bradley Bartholomew, plaintiff's treating physician. Plaintiff is also alleging property damage, loss of use, past and future medical expenses, past and future physical pain and suffering, and past and future mental anguish, along with lost wages and loss of wage earning capacity.

3.

According to the allegations in plaintiff's original petition for damages, this Court has diversity jurisdiction over this matter under 28 U.S.C. § 1332 since this action involves a controversy between citizens of different states, and based upon her allegations and representations by her attorney, plaintiff's alleged damages in controversy exceed the sum of $75,000.00.

4.

Plaintiff states in her petition for damages that she is a resident of and domiciled in the City of Norco, Parish of St. Charles, State of Louisiana.

5.

Werner Enterprises, Inc. of Nebraska is a corporation incorporated in the State of Nebraska with its principal place of business in Omaha, Nebraska.

6.

Robert A. Chismar is alleged to be a resident of and domiciled in the City of Burbank, State of California.

7.

Ace American Insurance Company is a foreign insurance company.

8.

Based upon the original petition for damages and information obtained from plaintiff's counsel, petitioners assert that this matter is removable.

9.

This is a civil action over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332. As demonstrated above, there is complete diversity as to all of the parties and the amount in controversy is believed to exceed the sum of $75,000.00.

10.

Petitioner does not intend to state in this removal that plaintiff is entitled to any recovery and does not judicially admit that the damages in this matter are more than $75,000.00. However, that does not mean that the matter in controversy, as claimed by

plaintiff, does not exceed the sum or value of $75,000.00.

11.

A citation was issued to defendant, Werner Enterprises, through the Louisiana Long Arm Statute on August 18, 2010. A copy of the petition served on defendant is attached to this Notice of Removal pursuant to 28 U.S.C. 1446(a). Service, although improper, was effected on defendant, Werner Enterprises, via certified mail, return receipt requested, on August 27, 2010. Service was effected on defendant, Ace American Insurance Company, through the Louisiana Secretary of State, on September 1, 2010. No other process, pleadings or orders have been served upon the petitioner, and less than thirty (30) days have elapsed since it first received notice of the suit.

12.

Undersigned counsel will be representing defendant, Robert A. Chismar, once service has been properly made. Meanwhile, undersigned counsel has authority and does consent to this removal on his behalf.

13.

In accordance with the foregoing, defendants, Werner Enterprises, Inc. of Nebraska and Ace American Insurance Company, desire to have this case removed to this Honorable Court pursuant to the provisions of 28 U.S.C. § 1441-1447.

14.

Simultaneous with the filing of this notice of removal, written notice of removal is being given to all adverse parties and a copy of this notice and removal will be filed with the Clerk of Court for the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, to effect the removal of the civil action to this Honorable Court, and provided

by law.

**WHEREFORE,** defendants, Werner Enterprises, Inc. of Nebraska and Ace American Insurance Company, pray that the above numbered and entitled cause of action pending on the docket of the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, be removed from that Court to the docket of the United States District Court for the Eastern District of Louisiana.

RESPECTFULLY SUBMITTED:

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

BY: _____
GEORGE P. HEBBLER, JR., T.A. (#6722)
hebbler@hebblergiordano.com
3636 S. I-10 Service Road W
Suite 300
Metairie, Louisiana  70001
Telephone:  (504) 833-8007
Facsimile:  (504) 833-2866

## CERTIFICATE

I HEREBY CERTIFY that on September 9, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gerald J. Leydecker.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

_____
GEORGE P. HEBBLER, JR., T.A.