STATE OF LOUISIANA
40TH JUDICIAL DISTRICT COURT
PARISH OF ST. JOHN THE BAPTIST

C.D. # 60271            DIVISION _____"A"_____

*REBECCA BRAWNER*

VERSUS

*ROBERT A. CHISMAR, WERNER ENTERPRISES & ACE AMERICAN INSURANCE COMPANY*

## CERTIFICATE OF THE CLERK

I, Eliana DeFrancesch, Clerk of Court in and for the Parish of St. John the Baptist, State of Louisiana, do hereby certify that the fore goings are a complete filing which occurred in the above entitled and numbered matter.

_____
DEPUTY CLERK OF COURT

EXHIBIT
A

40TH JUDICIAL DISTRICT COURT
FOR THE PARISH OF ST. JOHN THE BAPTIST

STATE OF LOUISIANA

NO. 60271-A                                                     DIVISION " " A

REBECCA BRAWNER

VERSUS

ROBERT A. CHISMAR, WERNER ENTERPRISES
and ACE AMERICAN INSURANCE COMPANY

Eliana DeFrancesch - Clerk of Court
Filed: Aug 19 2010 4:19 PM                _____ DEPUTY CLERK: _____

124326158 **PETITION FOR DAMAGES**

The petition of Rebecca Brawner, femme sole, a person of the full age of majority and a resident of and domiciled in the City of Norco, Parish of St. Charles, State of Louisiana, with respect represent:

1.

Made defendants herein are the following:

A.  ROBERT A. CHISMAR, , a person of the full age of majority and a resident of and domiciled in the City of Burbank, State of California; and

B.  WERNER ENTERPRISES, a foreign company licensed to do and doing business in this Parish and State; and

C.  ACE AMERICAN INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the Parish of Jefferson, State of Louisiana, who at all times relevant herein had in full force and effect a policy of liability insurance to cover Robert A. Chismar for this accident.

2.

On or about September 30, 2009, at approximately 2:45 p.m., your petitioner, Rebecca Brawner, was operating her 2002 Kia Sportage vehicle, and was traveling southbound on

Page 1 of 4

Highway 51 near its intersection with the I-10, she was in the left lane of travel proceeding straight ahead, she had the green light, when suddenly and without warning, a 2006 Freight Line 18-wheeler truck, driven by Robert A. Chismar, and owned by Werner Enterprises, had been traveling northbound on Highway 51, was attempting to make a left hand turn to get on the on-ramp to the I-10, failed to yield the right-of-way to your petitioner, causing her to strike the 18-wheeler, causing severe property damages and personal injuries to your petitioner, Rebecca Brawner, as hereinafter alleged.

3.

The above accident and damages was caused by the negligence and/or fault of Robert A. Chismar, which negligence and/or fault includes, but is not limited to, the following:

    a.    Disregarding a traffic signal

    b.    Failing to maintain a proper lookout;

    c.    Failing to see what he should have seen;

    d.    Failing to stop his vehicle in time to avoid an accident;

    e.    Failing to maintain control of his vehicle;

    f.    Failing to yield the right-of-way;

    g.    Making a left hand turn without the green arrow;

    h.    Careless and reckless operation of a motor vehicle; and

    I.    Any and all other acts of negligence which will be shown at the time of trial on the merits of this matter.

All in violation of the statutes of the State of Louisiana and ordinances of the Parish of St. John the Baptist, which statutes and ordinances are pleaded herein as if reproduced herein *in extenso*.

4.

At the time of the accident, the defendant, Robert A. Chismar, was an employee of Werner Enterprises, and was on an agency relationship and in the course and scope of his employment with Werner Enterprises at the time of the accident and, therefore, Werner

Enterprises are responsible for the actions and negligence of the driver, Robert A. Chismar, and should be made an additional defendant herein.

5.

That at all times relevant herein, Werner Enterprises carried a policy of liability insurance with Ace American Insurance Company to cover the operations of the vehicle by the defendant, Robert A. Chismar, and Ace American Insurance Company should be made an additional defendant herein.

6.

As a result of the accident your petitioner, Rebecca Brawner, suffered multiple injuries, including neck pain, pain radiating into her shoulders, trapezius muscle spasms, left arm pain and stiffness, cervical muscle spasms, headaches, mid-to-lower back pain, and radiating pain into her left leg. Additionally, Rebecca Brawner has suffered with a prominent posterior herniation of the L4-5 disc with subligamentous extrusion of the disc material, a broad-based subligamentous herniation of the L3-4 disc, with a tear, retrolisthesis of L5 on L5 and L3-4 discs, L4-5 central canal stenosis, and lumbar muscle spasms. Her treating physician, Dr. Bradley Bartholomew, has recommended cervical epidural steroid injections and cervical facet blocks. Your petitioner has had difficulty in performing normal activities.

7.

Additionally, your petitioner, Rebecca Brawner, sustained property damage, loss of use, rental charges, depreciation of the vehicle, towing charges, storage charges, transportation expenses to and from the doctor, and loss of insurability. Rebecca Brawner also suffered multiple injuries, past and future medical expenses, past and future physical pain and suffering, and past and future mental anguish, along with lost wages and loss of wage earning capacity. Your petitioner, Rebecca Brawner, is entitled to recover from the defendants such damages as are reasonable in the premises.

8.

The petitioner, Rebecca Brawner, avers that at all times relevant herein she was at no time at fault to any degree whatsoever in causing or contributing to the aforesaid collision or resulting injuries or damages.

**WHEREFORE**, the petitioner, Rebecca Brawner, prays that the defendants be served with a copy of this Petition for Damages, that they be duly cited to appear and answer same, and that after all due proceedings had there be judgment herein in favor of the petitioner, Rebecca Brawner, and against the defendants, Robert A. Chismar, Werner Enterprises, and Ace American Insurance Company, severally and *in solido*, together with legal interest thereon from date of judicial demand, all costs of these proceedings and for all general and equitable relief.

Respectfully submitted,

**GERALD J. LEYDECKER**, Bar No. 8857
**CRAIG S. LEYDECKER**, Bar No. 25769
**JAMES P. LEYDECKER**, Bar No. 21719
2701 Athania Parkway
Metairie, Louisiana 70002
Telephone: 504-831-4477
Facsimile: 504-831-4470
Attorneys for Petitioner, Rebecca Brawner

**PLEASE SERVE:**

**Robert A. Chismar**
Through the Louisiana Long Arm Statute
743 Doan Drive
Burbank, California 91506

**Werner Enterprises**
Through the Louisiana Long Arm Statute
14507 Frontier Road
Omaha, Nebraska 68138

**Ace American Insurance Company**
Through the Secretary of State
State of Louisiana

# LEYDECKER LAW OFFICES
2701 ATHANIA PARKWAY
METAIRIE, LOUISIANA 70002
Telephone: (504) 831-4477
Fax: (504) 831-4470

GERALD J. LEYDECKER
JAMES P. LEYDECKER
CRAIG S. LEYDECKER

LEGAL ASSISTANT
KERRY BRAWNER

August 20, 2010

<u>Via Certified Mail No. 7008 1140 0004 7294 9437</u>

Werner Enterprises
14507 Frontier Road
Omaha, Nebraska 68138

Eliana DeFrancesch - Clerk of Court
Filed: Sep 03, 2010 9:31 AM

60271                                    124367426

Re:   Rebecca Brawner vs. Robert A. Chismar, Werner Enterprises and Ace
      American Insurance Company
      40th Judicial District Court No. C-60271

Dear Sir or Madam:

Enclosed please find a Citation, the original Petition for Damages, which has been duly filed with the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana. Service is hereby made upon you through the Louisiana Long-Arm Statute.

I believe it is in your best interest to respond to this pleading immediately. Please turn the Petition over to your attorney and have him file an answer with the Clerk's office for the [Parish o]f St. John the Baptist within the delays allowed.

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Werner Enterprises
   14507 Frontier Road
   Omaha, NE 68138

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery
   NEFSKY                      4/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7008 1140 0004 7294 9437

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

D54284153

# CITATION

REBECCA BRAWNER                    40TH JUDICIAL DISTRICT COURT

VS                                 PARISH OF ST.JOHN THE BAPTIST

ROBERT A CHISMAR-THROUGH THE       STATE OF LOUISIANA
LOUISIANA LONG ARM ST
DOCKET NUMBER: C-60271

---

To:    WERNER ENTERPRISES-THROUGH THE LOUISIANA LONG ARM STATUTE
          14507 FRONTIER ROAD
          OMAHA, NE 68138

60271
Eliana DeFrancesch - Clerk of Court
Filed: Sep 03, 2010  9:31 AM
124367400

Parish:

---

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **GERALD J. DECKER** and was issued by the Clerk of Court on the **19TH DAY OF AUGUST, 2010**

* Also attached are the following documents:
**PETITION FOR DAMAGES**

KIWAUN J. TAYLOR
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____:

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE  $_____         BY: _____
MILEAGE $_____               DEPUTY SHERIFF
TOTAL    $_____

ORIGINAL – RETURN        COPY – SERVICE        COPY - CLERK


D54284138

# CITATION

| | |
|---|---|
| REBECCA BRAWNER | 40TH JUDICIAL DISTRICT COURT |
| VS | PARISH OF ST. JOHN THE BAPTIST |
| ROBERT A CHISMAR-THROUGH THE LOUISIANA LONG ARM ST | STATE OF LOUISIANA |
| DOCKET NUMBER: C-60271 | |

To: ACE AMERICAN INSURANCE COMPANY-THROUGH THE SECRETARY OF STATE
   STATE OF LOUISIANA
 ,

Parish: SECRETARY OF STATE

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **GERALD J. DECKER** and was issued by the Clerk of Court on the **19TH DAY OF AUGUST, 2010**

* Also attached are the following documents:
  **PETITION FOR DAMAGES**

_____
KIWAUN J. TAYLOR
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _____ DAY OF _____, 20____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE $_____   BY: _____
MILEAGE $_____        DEPUTY SHERIFF
TOTAL   $_____

ORIGINAL – RETURN    COPY – SERVICE    COPY - CLERK

**RECEIVED AUG 31 2010 EBR SHERIFF'S OFFICE**

40TH JUDICIAL DISTRICT COURT
FOR THE PARISH OF ST. JOHN THE BAPTIST

STATE OF LOUISIANA

NO. 60,271                                          DIVISION "C"

REBECCA BRAWNER

VERSUS

ROBERT A. CHISMAR, WERNER ENTERPRISES
AND ACE AMERICAN INSURANCE COMPANY

FILED: _____ DEPUTY CLERK: _____

Eliana DeFrancesch - Clerk of Court
Filed: Sep 03, 2010  9:31 AM
60271
124367418

**A F F I D A V I T**

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, personally came and appeared:

**KERRY BRAWNER**

who, being first duly sworn, did depose and say:

That she is a legal assistant at the law office of Gerald J. Leydecker and that she mailed the Citation and Petition for Damages to the below-named defendant, and that she addressed the attached return receipt card accompanying the mailed letter, Citation and Petition for Damages, on August 20, 2010, with sufficient postage affixed, to the defendant, Werner Enterprises, 14507 Frontier Road, Omaha, Nebraska 68138, return receipt received on the 27th day of August, 2010.

_____
KERRY BRAWNER, LEGAL ASSISTANT

Sworn to and subscribed before me
on the 1st day of September, 2010.

_____
Gerald J. Leydecker, La. Bar No. 8857
Notary Public
La. Bar No. 8827